**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Elizabeth Irene Hochmuth,  Civil No. 07-4382 (DWF/RLE)

      Plaintiff,

v.  **ORDER**

Stearns County Department of
Human Services, Greg Knoll,
LSW Suzanne Baden, LSW
Betsy Jungens, LSW Donna M.
Geislinger, Pam Iger, Roma Steil
and Janelle Kendall,

      Defendants.

---

Elizabeth Irene Hochmuth, *Pro Se*, Plaintiff.

---

Based upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED:**

1. That the Plaintiff's Complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to comply with this Court's Order dated November 20, 2007, and for failure to prosecute.

    2.    That the Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. No. 3) is **DENIED**, as moot.

Dated:  January 28, 2008        <u>s/Donovan W. Frank</u>
                                          DONOVAN W. FRANK
                                          Judge of United States District Court